B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>School House Plaza LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>26-0307212 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>417 Purchase Street<br>South Easton, MA                    ZIP Code 02375 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Bristol County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 793 West Center St., West Bridgewater, MA; 277 Turnpike St., South Easton, MA;<br>417 Purchase St., South Easton, MA |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
    *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | School House Plaza LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): School House Plaza LLC |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X /s/ Michael J. Fencer
Signature of Attorney for Debtor(s)

Michael J. Fencer 648288
Printed Name of Attorney for Debtor(s)

Jager Smith P.C.
Firm Name

One Financial Center
Boston, MA 02111
_____
Address

Email: mfencer@jagersmith.com
(617) 951-0500  Fax: (617) 951-2414
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Charles M. Mirrione
Signature of Authorized Individual

Mirrione Realty Corp., its Manager
Printed Name of Authorized Individual

by its President, Charles M. Mirrione
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    School House Plaza LLC                                    Case No. _____
                              Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Charles M. Mirrione<br>Massachusetts - Boston | 11-13238<br>Affiliate | 04/10/11<br>Judge William C. Hillman |
| John L. Hooper<br>Massachusetts - Boston | 11-13295<br>Affiliate | 04/12/11<br>Judge Joan N. Feeney |

## SCHOOL HOUSE PLAZA LLC

## WRITTEN CONSENT OF SOLE MEMBER

The undersigned, being the sole member of School House Plaza LLC, a Massachusetts limited liability company (the "Company"), and acting in accordance with the Company's Operating Agreement, hereby (i) consents to the adoption of the following resolutions, (ii) agrees that said resolutions shall have the same effect as if taken at a meeting of the Directors duly called and held on June 29, 2011 and (iii) directs the Manager of the Company to file this original document of consent with the records of the Company:

RESOLVED: That, effective immediately, the Manager of the Company, Charles M. Mirrione, or anyone he may designate be and hereby is empowered, in the name of and on behalf of the Company, to execute, deliver and file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, as well as all other ancillary documents, for the purposes of reorganizing the Company or, in the alternative or in combination, liquidating assets of the Company as such may be approved by a court of competent jurisdiction; and it is further

RESOLVED: That, effective immediately, the Manager of the Company, Charles M. Mirrione, or anyone he may designate, be and hereby is authorized and directed to retain any professionals to assist the Company in its reorganization or, in the alternative or in combination, its liquidation of assets, and in carrying out its duties under the Bankruptcy Code; and in connection therewith, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professional as necessary; and it is further

RESOLVED: That, effective immediately, the Manager of the Company, Charles M. Mirrione, or anyone he may designate, be and hereby is empowered, in the name of and on behalf of the Company, to retain the services of Jager Smith P.C. of Boston, Massachusetts as legal counsel to the Company for all matters pertaining or incidental to its reorganization or, in the alternative or in combination, its liquidation of assets, including seeking relief under chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED: That, the Manager of the Company, Charles M. Mirrione, or anyone he may designate hereby is empowered to take any and all other actions, and to execute, deliver, file and record any and all documents, instruments, papers, and records which shall be or become necessary, proper or convenient to implement the foregoing consent.

MIRRIONE REALTY CORP.

By: *[signature]*
Name: Charles M. Mirrione
Title: President

## MIRRIONE REALTY CORP.

## WRITTEN CONSENT IN LIEU OF MEETING OF
## THE BOARD OF DIRECTORS

The undersigned, being all of the directors of Mirrione Realty Corp., a Massachusetts corporation (the "Member") and sole member of School House Plaza LLC, and acting in accordance with the Member's Bylaws, hereby (i) consent to the adoption of the following resolutions, (ii) agree that said resolutions shall have the same effect as if taken at a meeting of the Directors duly called and held on June 29, 2011 and (iii) direct the Secretary of the Member to file this original document of consent with the records of the meetings of Directors of the Member:

RESOLVED: That, effective immediately, Charles M. Mirrione, the President of the Member, or anyone he may designate be and hereby is empowered, in the name of and on behalf of the Member, to authorize School House Plaza LLC (the "Company") to execute, deliver and file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, as well as all other ancillary documents, for the purposes of reorganizing the Company or, in the alternative or in combination, liquidating assets of the Company as such may be approved by a court of competent jurisdiction; and it is further

RESOLVED: That, effective immediately, Charles M. Mirrione, the President of the Member, or anyone he may designate be and hereby is empowered, in the name of and on behalf of the Member, to authorize the Company to retain any professionals to assist the Company in its reorganization or, in the alternative or in combination, its liquidation of assets, and in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of them hereby is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professional as necessary; and it is further

RESOLVED: That, effective immediately, Charles M. Mirrione, the President of the Member, or anyone he may designate be and hereby is empowered, in the name of and on behalf of the Member, to authorize the Company to retain the services of Jager Smith P.C. of Boston, Massachusetts as legal counsel to the Company for all matters pertaining or incidental to its reorganization or, in the alternative or in combination, its liquidation of assets, including seeking relief under chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED: That Charles M. Mirrione, the President of the Member, or anyone he may designate be and hereby is empowered, in the name of and on behalf of the

Member, to authorize the Company to take any and all other actions, and to execute, deliver, file and record any and all documents, instruments, papers, and records which shall be or become necessary, proper or convenient to implement the foregoing resolutions.

_____  _____
Charles M. Mirrione                John L. Hooper

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE SCHOOL HOUSE PLAZA, LLC, ) <br> ) <br> Debtor. ) | Chapter 11 <br> Case No. |

### DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, Charles M. Mirrione, hereby declare under the pains and penalties of perjury that all of the information contained in the documents (the "Documents") filed electronically herewith, is true and correct. I understand that this declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this declaration may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the pains and penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period five (5) years after the closing of this case.

_____
Charles M. Mirrione

Dated: June 29, 2011

JS#280594v1

1

**PART II – DECLARATION OF ATTORNEY**

I certify that the affiant signed this form before I submitted the Documents, I gave the affiant copies of the Documents and this declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of Massachusetts Electronic Filing Local Rule 7.

/s/ Michael J. Fencer

Michael J. Fencer

Dated: June 29, 2011

JS#280594v1